UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff

v.	Case No. 25-30528
	Originating No. 25CR1765

**WEN CHANG WANG**

       Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **WEN CHANG WANG** to answer charges pending in another federal district, and states:

1. On **August 20, 2025**, the defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **Southern District of California based on an Indictment**. **The defendant is charged in that district with violating 18 USC Sections 1349 and 2326 (Conspiracy to Commit Mail and Wire Fraud) and 18 USC Section 1956 (Conspiracy to Launder Monetary Instruments.**

2. Rule 5 requires this Court to determine whether the defendant is the person named in the arrest warrant, Fed. R. Crim. P. 5(c)(3)(D)(ii); whether the defendant is entitled to a preliminary hearing, Fed. R. Crim. P. 5(c)(3)(C); and whether the defendant should be detained, Fed. R. Crim. P. 5(d)(3).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

*s/ Robert Moran*
ROBERT MORAN
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: August 20, 2025